ORIGINAL

JAN 29 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK, U.S. DISTRICT COURT
By _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-19CR0026-O |
| KEITH BERKEBILE (01) | |

## INFORMATION

The United States Attorney Charges:

Count One
Enticement of a Child
(Violation of 18 U.S.C. § 2422(b))

From on or about July 8, 2017, until on or about July 25, 2017, in the Northern District of Texas, the defendant, **Keith Berkebile**, using any means and facility of interstate and foreign commerce did knowingly attempt to persuade, induce, and entice an individual whom he believed was 11 years old, to engage in sexual activity for which a person can be criminally charged under Texas state law, that is, a violation of Texas Penal Code Section 22.021, Aggravated Sexual Assault of a Child.

In violation of 18 U.S.C. § 2422(b).

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas Bar No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
