ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **4:19-CR-026-O** |
| KEITH BERKEBILE (01) | |

## WAIVER OF INDICTMENT

I, Keith Berkebile, the above named defendant, who is accused in the Information with the felony offense of Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
KEITH BERKEBILE
Defendant

_____
JOHN STICKELS
Attorney for Defendant